# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA
# LINCOLN DIVISION

| | |
|---|---|
| ALMA, et al., | ) |
| *Plaintiffs*, | ) Case No.: 4:20-cv-03141 |
| v. | ) **PLAINTIFFS' NOTICE OF** |
| NOAH'S ARK PROCESSORS, LLC, | ) **CHANGED AUTHORITY** |
| *Defendants*. | ) |

Plaintiffs file this Notice to inform the Court that Congress has not renewed the Families First Coronavirus Response Act, which expired on December 31, 2020. *See* 29 U.S.C. § 2601 note; Pub. L. No. 116-127, § 5109, 134 Stat. 198. The Act still requires employers to pay eligible employees who took sick leave while the Act was in effect. *See* Dep't of Labor, Wage & Hour Div., *Families First Coronavirus Response Act: Questions and Answers*, No. 105, https://www.dol.gov/agencies/whd/pandemic/ffcra-questions#105. As a result of this development, Plaintiffs are no longer pressing their claim that the plant post the specific notice required by the Act. *See* 29 C.F.R. § 826.80(a); PI Br., Dkt. 18, at 23; PI Opp., Dkt. 33, at 9.

This does not affect Plaintiffs' nuisance or safe-workplace claims, nor does it affect the relief they are seeking. In particular, it remains essential that Defendant provide paid leave to symptomatic and COVID-positive workers, write a clear policy, and communicate it widely to workers and managers. *See* PI Reply, Dkt. 40, at 10-11 (explaining the plant's undisputed failures in these regards). Other plants, most of whom were never subject to the Act, have been providing these protections for many months now. *See id.*; 29 C.F.R. § 826.40(a) (Act does not apply to entities with 500 or more employees).

1

Dated: January 6, 2021            Respectfully submitted,

| | |
|---|---|
| Adam Sipple (SBN 20557) <br> Rose Godinez (SBN 25925) <br> ACLU Foundation of Nebraska, Inc. <br> 134 S. 13th St. #1010 <br> Lincoln, NE 68508 <br> T: (402) 476-8091 <br> *ajsipple@aclunebraska.org* <br> *rgodinez@aclunebraska.org* <br><br> Maren Lynn Chaloupka (SBN 20864) <br> Chaloupka Law LLC <br> P.O. Box 1724 <br> Scottsbluff, NE 69363 <br> T: (308) 270-5091 <br> F: (308) 270-5105 <br> *mlc@chaloupkalaw.net* <br><br><br> *Attorneys for Plaintiffs* <br> *\*Admitted Pro Hac Vice* | /s/ Spencer Amdur <br> Spencer Amdur\* <br> Julie Veroff\* <br> ACLU Foundation <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-0770 <br> F: (415) 395-0950 <br> *samdur@aclu.org* <br> *jveroff@aclu.org* <br><br> Lee Gelernt\* <br> Noor Zafar\* <br> ACLU Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *lgelernt@aclu.org* <br> *nzafar@aclu.org* |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. A true and correct copy of this notice has been served via the Court's CM/ECF system on all counsel of record.

                                          /s/ Spencer Amdur <br>
                                          Spencer Amdur