IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALMA , ANTONIO , ISABEL , and DANIEL J. LEONARD,<br><br>Plaintiffs,<br><br>vs.<br><br>NOAH'S ARK PROCESSORS, LLC,<br><br>Defendant. | 4:20CV3141<br><br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by Julie Veroff, as counsel of record for Plaintiffs, (Filing No. 65), is granted. Julie Veroff shall no longer receive electronic notice in this case.

Dated this 4th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge